**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  06-cv-00061-LTB-CBS

GREG SCRAGG,

        Plaintiff,

v.

THE QUIGLEY CORPORATION, a Delaware corporation;
WALGREENS HOME CARE, INC., an Illinois corporation,

        Defendants.

_____

**ORDER OF DISMISSAL**
_____

        Upon the Stipulated Motion to Dismiss With Prejudice (Doc 49 - filed June 26,

2007), it is

        ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay its

own fees and costs.

                                        BY THE COURT:


                                          s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED:   June 27, 2007